**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Jeffrey H. Wolf (#011361)
jeffrey.wolf@quarles.com
Aaron C. Schepler (#019985)
aaron.schepler@quarles.com

Attorneys for Defendants Gold's Gym International, Inc. and Gold's Gym Franchising LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael P. Huyge, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Gold's Gym Franchising, LLC and Fitness Alliance, LLC,<br><br>Defendants. | CV-13-2378-SRB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO GOLD'S GYM INTERNATIONAL, INC., ONLY, AND FOR WITHDRAWAL OF MOTION TO DISMISS AND JOINDER THERETO** |

The parties hereto and Gold's Gym International, Inc., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(2) that this action may be dismissed without prejudice as to Gold's Gym International, Inc., without costs to any party to the extent that such dismissal was not effected by the filing of Plaintiff's First Amended Class Action Complaint [Dkt #25].

Further, and consistent with the foregoing, Gold's Gym International, Inc., and defendant Fitness Alliance, LLC, hereby withdraw their Motion to Dismiss [Dkt #18] and Joinder thereto [Dkt #24], without prejudice.

RESPECTFULLY SUBMITTED this 20th day of February, 2014.

QUARLES & BRADY LLP


By: /s/ Jeffrey H. Wolf
   Jeffrey H. Wolf
   Aaron C. Schepler

Attorneys for Defendants Gold's Gym International, Inc. and Gold's Gym Franchising LLC

STEVE BROWN & ASSOCIATES, LLC


By: /s/ Steven J. Brown (with permission)
   Steven J. Brown

   Attorneys for Defendant Fitness Alliance, LLC

SWEETNAM LLC


By: /s/ William M. Sweetnam (with permission)
   William M. Sweetnam

and

JACKSON & ODEN, P.C.


By: /s/ Todd Jackson (with permission)
   Todd Jackson
   Rebecca Reed

Attorneys for Plaintiff Michael P. Huyge

QB\154099.00002\25139064.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and delivered a copy of the foregoing via United States Mail to the following:

Todd Jackson
Rebecca Reed
Jackson & Oden, P.C.
3573 East Sunrise Drive, Suite 125
Tucson, Arizona 85718
tjackson@jacksonodenlaw.com
rreed@jacksonodenlaw.com
Attorneys for Plaintiffs

William M. Sweetnam
Sweetnam LLC
582 Oakwood Avenue, Suite 200
Lake Forest, Illinois 60045
WMS@sweetnamllc.com
Attorneys for Plaintiffs

Steven J. Brown
Steve Brown & Associates, LLC
1414 East Indian School Road, Suite 200
Phoenix, Arizona 85014
sbrown@sjbrownlaw.com
Attorneys for Defendant Fitness Alliance, LLC

/s/ Donna Marie Lockwood

QB\154099.00002\25139064.1