IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael P. Huyge, | CV-13-2378-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Gold's Gym Franchising, LLC, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal Without Prejudice as to Gold's Gym International, Inc., only, and for Withdrawal of Motion to Dismiss and Joinder Thereto [Doc. 29], and good cause appearing,

IT IS ORDERED that Defendant Gold's Gym International, Inc., is dismissed from this lawsuit, without prejudice, with each party to bear its own costs.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Gold's Gym International, Inc. [Doc. 18], and the joinder filed by Defendant Fitness Alliance, LLC [Doc. 24], are deemed withdrawn without prejudice.

IT IS FURTHER ORDERED that the Hearing currently scheduled for **March 17, 2014, at 9:30 a.m**. is vacated.

Dated this 21st day of February, 2014.

_____
Susan R. Bolton
United States District Judge