# EXHIBIT A

Gold's Gym - North Scottsdale 14843 North Northsight Blvd., Scottsdale, AZ 85260

Member Number: 821777

## MEMBERSHIP AGREEMENT

The undersigned Member hereby purchases a Club membership from Gold's Gym ("Club") in accordance with all the terms, conditions and obligations set forth herein. The membership permits Member to use Club facilities during the membership term subject to such rules, regulations, terms and conditions of membership as may be in effect from time to time at the Club. Hours and days of operation, rules, regulations and conditions of use may be posted at the Club from time to time and shall be subject to change without notice. This Membership entitles you to all hours of operation of the Club and to the services and amenities listed under Membership Type.

Name: **Michael Huyge**   Tel: **480 526 0975**   Work Tel: 480 526 0975
Address: **10127 E Tierra Buena Ln**   City: **Scottsdale**   State: **AZ**   Zipcode: 85255
Occupation: **Self**   Email Address: **Michaelhuyge@gmail.com**

**MEMBERSHIP TYPE:** GOLD

| Service List | Recurring Dues | Terms |
|---|---|---|
| Guest Privileges | $0.00 | $0.00 |
| MEM - Dues | $15.95 | $191.40 |
| Total Recurring Dues | $15.95 | |
| Total Investment | | $191.40 |

The date of this Agreement is **9/11/2013**. The date this membership begins is 9/11/2013

### MONTHLY DUES PAYMENT PLAN

**MONTHLY DUES MEMEBERSHIP:** This membership has a minimum initial term of **12** months with a month to month continuation after the intial term.
**RENEWAL ACKNOWLEDGEMENT:** This agreement will automatically renew on a month to month basis after the initial term. You the buyer, may cancel after the initial term of the dues membership by calling our Member Service Department at 800-693-3948. You must give a minimum 31 days notice prior to your next scheduled monthly dues payment to avoid an additional monthly payment.
**ANNUAL RATE GUARANTY FEE: You shall pay an annual rate guarantee fee of $39. This fee will be drafted along with your FIRST SCHEDULED DRAFT after joining. Each year while you are a member an annual guarantee fee will become due on the anniversary date of your initial guarantee fee.**
Form of Payment: **AMERICAN EXPRS**
Credit card No.: **\*\*\*\*\*\*\*\*\*\*1009**   Exp. Date: **4/1/2015** OR;
Bank Information: **Unknown, Unknown**   Bank Account #: **Checking**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 12 | $15.95 | Starting: 10/8/2013 12 payments, 1 Months apart, First Due: 10/8/2013 |

If any installment is more than 10 (ten) days past due, a late charge of $25 (twenty-five dollars) or 18% per annum (whichever is greater) of the delinquent unpaid amount may be assessed on each delinquent installment.

Buyer's Signature _[signature] 9/11/13_

**You the Buyer, may cancel this Agreement within 5 business days after the date of this Agreement, excluding weekends or holidays by calling our Member Service Department at 800-693-3948. You will be refunded all the money paid within 10 days after processing the notice of cancelation.**
**VERY IMPORTANT:** If Member changes the dues account Member must bring in new account information (a voided check or credit card voucher) at least thirty-one (31) days prior to the upcoming payment date. In the event sufficient funds are not available in Buyer's account or debits are otherwise not accepted, Gold's Gym may resubmit the charge prior to the next scheduled draft date. If the resubmittal is returned uncollected, the rejected amount plus a $25 service charge will be added to Buyer's next regularly scheduled debit. Buyer understands that Buyer is entitled to notice of all varying charges and withdrawals under the EFT, but Buyer waives the right to receive prior notice for charges or withdrawals made with respect to any uncollected monthly dues payments or portions of the balance due described above and the corresponding service charges, both of which Buyer agrees are not varying charges or withdrawals. Gold's Gym reserves the right to charge a fee of 18% per annum on all deliquent payments.

Gold's Gym Franchising, LLC, or any related corporation is not the owner of this Gold's Gym facility. The owner of this facility is a franchisee of Gold's Gym Franchising, LLC, and is permitted to use the Gold's Gym marks in connection with its operation. Neither Gold's Gym Franchising, or any related corporation, is contractually or otherwise liable to you, as the owner is solely liable for the debts and obligations of this facility. The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants with respect to any aspect of a credit transaction on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to contract). The agency that administers compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

Any holder of this consumer credit contract is subject to all claims and defenses which the debtor could assert against the seller for goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the debtor shall not exceed amounts paid. This Agreement is subject to all applicable Federal, State, and local laws and regulations.

Member acknowledges that (1) Member has received a current copy of this **Membership Agreement and Additional Terms And Conditions** below. (2) Member has read the conditions and terms set forth herein and accepts this Agreement as a legal and binding contract. Member accepts this written contract as including details of the Agreement. (3) Member is of legal age and is willfully entering into this Agreement. Do not sign this Agreement before you read it or if it contains any blank space. You are entitled to a completely filled-in copy of this Agreement. . I understand that I have signed hereunder an agreement/note which will be processed and collected by our Member Services Department, and that any future involvement I may have regarding billing of this Agreement will be directly with our Membership Services Department. I understand that, except as herein provided, my membership

is non cancelable. Should I default, I agree to pay all costs, including, but not limited to collection agency fees, court costs and reasonable attorney's fees, all of which may be paid or incurred by the holder of this note.

## ADDITIONAL TERMS AND CONDITIONS

1. **DEFAULT**
   A. You will be in Default if you breach any of these Agreement terms or conditions, or if you fail to pay any installment within ten (10) days after the date when such installment is due. If you are in Default, your membership privileges may be denied and the remaining balance due under this Agreement may become immediately due and payable at Seller's option. Acceptance of any payment after Default will not release Buyer from any obligation under this Agreement.
   B. Buyer shall not be relieved of obligations to make any payments of the membership fee herein agreed to, and no deduction or allowance from any of said payments shall be made by reason of the absence or withdrawal of Member from the Club, or by reason of Member's failure to attend or use the Club facilities.
   C. This Agreement may be assigned by Seller and if so assigned, the words "Club" and "Seller" will also mean the Company to which this Agreement is assigned or transferred. The words he/him/his in this Agreement will also mean she/her/hers. If this Agreement is assigned, the Assignee shall have and be entitled to exercise any and all rights and powers of Seller hereunder (notwithstanding anything in this Agreement to the contrary). Assignee shall not be chargeable with any obligations or liabilities of Seller hereunder or with respect thereto. In the event of assignment, Seller reserves its rights to assert any defenses it has or may have under this Agreement or with respect thereto.
   D. Membership is not transferable. Neither Buyer nor Member may sell, assign, or transfer this Membership Agreement, his Membership Card, and any such attempted sale, assignment or transfer shall be null and void. Member may not loan his Membership Card/Number to anyone.

2. **BUYER'S RIGHT TO CANCEL:**
   A. You the buyer, may cancel this membership by calling our Member Service Department at 800-693-3948.. You must give a minimum 31 days notice prior to your next scheduled monthly dues payment to avoid an additional monthly payment.
   B. If the member becomes disabled during the term of contract, and a physician confirms in writing to the club that:
      I. The member is not physically able to use the club; and
      II. The disability will continue for more than 3 months, then
      III. The member is entitled to suspend the contract for the duration of the disability. After recovery, member is entitled to an extension of the contract for a period equal to the time of the disability. If permanently disabled, the member may cancel the contract and receive a refund porate of the amount pursuant to it.
   C. If member changes permanent residence to over 25 miles from the Club, and is unable to transfer to a comparable facility, such Member shall be relieved from the obligation of making payment for services other than those received prior to the move, provided Member supplies proof of new residence. If such Member has pre-paid for services, the prorated amount for services not yet received will be refunded within thirty (30) days.
   D. If the Member wishes to exercise their right under above section #2C Member will be charged a $100.00 cancellation fee, or if over half of the life of the contract has expired the Member will be charged a $50.00 fee.
   E. "Enrollment Fee" entitles one to become a Member. Membership dues are for use of the Club facility and services, and are a separate item. The Enrollment Fee is not a prepayment for services, is earned by the Club at the time of enrollment and pays commissions, computer setup, administrative costs and is nonrefundable.
   F. Member is responsible and agrees that any back dues, late and bank charges must be paid prior to any cancellation. CANCELLATION AFTER NEW CLUB HAS OPENED. Note that a consumer who pays any money under a contract for health studio services for a health studio facility that has not yet opened for business has the right to cancel the contract and receive a full refund at any time prior to midnight of the fifth business day after the date the health studio opens for business.
   G. A processing fee to cancel month to month memberships of $25 will be assessed if canceling the membership prior to a minimum of 6 months. If canceling after 6 months, no processing fee will be due.

Buyers Signature  9/1/13

3. **WAIVER AND RELEASE OF LIABILITY:**
   Upon signing this Agreement and forever thereafter, you (Buyer, each member and all guests) agree that if you engage in any physical exercise or activity or use any Club facility on the premises, you do so at your own risk and assume the risk of any and all injury and/or damage while engaging in any physical exercise or activity or use of any club facility on the premises. Your assumption of risk includes, without limitation, your use of any exercise equipment (mechanical or otherwise), the locker room, sidewalk, parking lot, stairs, pool, whirlpool, sauna, steam room, tanning, racquet courts, basketball court, lobby area, or any equipment in the Club facility. Member agrees to assume the risk in his or her participation in any activity, class, program, instruction, or Club-sponsored event. You agree that you are voluntarily participating in the aforementioned activities and using the Club facilities and premises and assume all risk of injury, illness, damage, or loss to you or your property that might result, including, without limitation, any loss or theft of any personal property. You agree on behalf of yourself (and all your personal representatives, heirs, executors, administrators, agents, and assigns) to forever release and discharge Club and our affiliates (including, but not limited to Gold's Gym Franchising, LLC, Fitness Alliance, LLC, any of their related companies and their employees, agents, representatives, successors, and assigns from any and all claims or causes of action (known or unknown) arising out of the negligence of Club, whether active or passive, or any of its affiliates, employees, agents, representatives, successors, and assigns. This waiver and release of liability includes, without limitation, injuries which may occur as a result of (a) your use of any exercise equipment or facilities which may malfunction or break, (b) Club's improper maintenance of any exercise equipment or facilities, (c) Club's negligent instruction or supervision, including personal training, and (d) you slipping and falling while on the facility or any portion of the premises for any reason, including Club's negligent inspection or maintenance of its facility. By execution of this Agreement, you hereby agree to indemnify and hold harmless Club from any loss, liability, damage, or cost Club may incur due to your presence at the Club facility. Should any action or arbitration be instituted by any of the parties hereto in any court of law or equity, or any arbitrator, pertaining to the enforcement or breach of any of the provisions of this Agreement, the prevailing party shall be entitled to recover from the non-prevailing party, in addition to any judgment or decree rendered therein, all court costs and reasonable attorneys' fees and expenses. You further expressly agree that the foregoing release, waiver, and indemnity agreement is intended to be as broad and inclusive as permitted by the law in the State in which this Agreement is signed and that if any portion thereof is held invalid, it is agreed that the balance shall, notwithstanding, continue in full legal force and effect. You acknowledge that the Club is designed to and does offer a service to its members encompassing the entire fitness spectrum. The Club is not in the business of selling weight lifting equipment, exercise equipment, or other such products to the public, and the use of such items is incidental to the service provided by the Club. You acknowledge and agree that the Club does not place such items into the stream of commerce. This provision shall survive termination of the Agreement. **YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ**

THIS WAIVER AND RELEASE AND FULLY UNDERSTAND THAT IT IS A RELEASE OF LIABILITY, AND EXPRESS ASSUMPTION OF RISK AND INDEMNITY AGREEMENT. YOU ARE AWARE AND AGREE THAT BY EXECUTING THIS WAIVER AND RELEASE, YOU ARE GIVING UP YOUR RIGHT TO BRING A LEGAL ACTION OR ASSERT A CLAIM AGAINST CLUB FOR ITS NEGLIGENCE, OR FOR ANY DEFECTIVE PRODUCT ON ITS PREMISES. YOU HAVE READ AND VOLUNTARILY SIGNED THE WAIVER AND RELEASE AND FURTHER AGREE THAT NO ORAL REPRESENTATIONS, STATEMENTS, OR INDUCEMENT APART FROM THE FOREGOING WRITTEN AGREEMENT HAVE BEEN MADE. YOU AGREE, FOR YOURSELF AND YOUR SUCCESSORS, HEIRS AND ASSIGNS, THAT THE ABOVE REPRESENTATIONS ARE CONTRACTUALLY BINDING, AND ARE NOT MERE RECITALS, AND THAT SHOULD YOU OR YOUR SUCCESSORS ASSERT ANY CLAIM IN CONTRAVENTION OF THIS AGREEMENT, THE ASSERTING PARTY SHALL BE LIABLE FOR THE EXPENSES (INCLUDING REASONABLE ATTORNEYS FEES) INCURRED BY THE OTHER PARTY OR PARTIES IN DEFENDING AGAINST ANY SUCH ACTION.

4. This Agreement constitutes the entire and exclusive agreement between the parties. Any promises, representations, understandings and/or agreements pertaining directly or indirectly to this Agreement which are not contained herein, are hereby waived. This Agreement may be modified only by an instrument in writing. At Seller's option, this Agreement shall be null and void if it is not completed by Seller's employee in accordance with Seller's then-current pricing and payment programs. No change to any printed term in this Agreement shall be valid.

5. This Agreement is governed by the laws of the State in which it is signed, and to the extent preempted, by the law of the United States.

6. If any particular provision of this Contract is invalid, the same shall not affect the other provisions hereof.

7. The Company can delay enforcing its rights under the Agreement without losing them.

8. WARNING. Use of steroids to increase strength or growth can cause serious health problems. Steroids can keep teenagers from growing to their full height; they can also cause heart disease, stroke, and damaged liver function. Men and women using steroids may develop fertility problems, personality changes, and acne. Men can also experience premature balding and development of breast tissue. These health hazards are in addition to the civil and criminal penalties for unauthorized sale, use, or exchange of anabolic steroids.

9. You, the Member, understand and agree to all rules and regulations of using the Club facility as posted on our website and in theClub facility. The Club reserves the right to change or modify these rules and regulations in the future without prior notification to the Member. The Club reserves the right to revoke this Agreement if the Member willfully fails or refuses to abide by such rules and regulations.

**MY FAILURE TO REGULARLY ATTEND AND UTILIZE CLUB FACILITIES DOES NOT RELIEVE ME OF MY OBLIGATIONS, REGARDLESS OF THE CIRCUMSTANCES, TO PAY THE EFT IN FULL. FOR CANCELATION TERMS AND CONDITIONS, PLEASE SEE BUYERS RIGHT TO CANCEL IN SECTION 2. Pursuant to NRS 598.948 (9), no security for refunds or reimbursement has been deposited with the state of Nevada.**

_[signature] 9/11/13_

| Gold's Gym Representative | Buyer's Signature | No signature obtained |
| --- | --- | --- |
| Date Signed: **9/11/2013** | | Member's Signature (if different from Buyer) |