JACKSON & ODEN, P.C.
Todd Jackson (ASB No. 012202)
tjackson@boj-law.com
Rebecca Reed (ASB No. 023419)
rreed@boj-law.com
3573 East Sunrise Drive, Suite 125
Tucson, Arizona  85718
(520) 884-0024

SWEETNAM LLC
William M. Sweetnam (admitted *pro hac vice*)
wms@sweetnamllc.com
582 Oakwood Avenue, Suite 200
Lake Forest, Illinois  60045
(847) 559-9040

*Attorneys for Plaintiff Michael P. Huyge*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL P. HUYGE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOLD'S GYM FRANCHISING LLC and FITNESS ALLIANCE, LLC,<br><br>　　　　　Defendants. | Case No.: CV-13-02378-PHX-SRB<br><br>**NOTICE OF APPEAL** |

　　　Notice is hereby given that Michael P. Huyge, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order dismissing his Class Action Complaint entered in this action on the 3d day of July, 2014.

Dated this 1st day of August, 2014.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SWEETNAM LLC

　　　　　　　　　　　　　　　　　　By:　　s/ William M. Sweetnam

1
2       JACKSON & ODEN, P.C.
        Todd Jackson
3
        *Attorneys for Plaintiff Michael P. Huyge*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 1, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing. Pursuant to Section D(2-3) of the CM/ECF Manual, a Notice of Electronic Filing should be sent to the following:

>Jeffrey H. Wolf
>jeffrey.wolf@quarles.com
>Aaron C. Schepler
>aaron.schepler@quarles.com
>Quarles & Brady LLP
>Two North Central Avenue
>Phoenix, Arizona  85004
>
>*Attorneys for Defendant Gold's Gym Franchising LLC*
>
>Steven J. Brown
>sbrown@sjbrownlaw.com
>Steven D. Nemecek
>snemecek@sjbrownlaw.com
>STEVE BROWN & ASSOCIATES, LLC
>1414 East Indian School Road, Suite 200
>Phoenix, Arizona  85014
>
>*Attorneys for Defendant Fitness Alliance, LLC*

By:   s/ William M. Sweetnam