

FILED

MAR 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL P. HUYGE, | No. 14-16486 |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-02378-SRB<br>District of Arizona,<br>Phoenix |
| v. | |
| FITNESS ALLIANCE, LLC and GOLD'S GYM FRANCHISING, LLC, | ORDER |
| Defendants - Appellees. | |

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation